McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-0123 GEB |
| ) Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SERAFIN GONZALEZ, and ) MIGUEL VALENCIA, ) | |
| ) Defendants. ) | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Serafin GONZALEZ, by and through his counsel Robert J. Peters, Esq., hereby stipulate and agree that the status conference currently set for Friday, May 30, 2008, at 9:00 a.m. should be continued to Friday, July 11, 2008, at 9:00 a.m.[1]

The requested continuance is based upon the need of defense counsel and the government to discuss a possible resolution of the pending case against the defendant. The parties further agree and stipulate that the period between May 30, 2008, and July 11, 2008, should be excluded from computed time for commencement of trial under

---

[1] Co-defendant Miguel VALENCIA is in state custody on unrelated charges and has therefore not made his initial appearance in this federal case.

1  the Speedy Trial Act, based upon the interests of justice under 18
2  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of
3  counsel and reasonable time necessary for effective defense
4  preparation.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  May 28, 2008          By:   /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED:  May 28, 2008          By:   /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Peters on 05-27-08
                                    ROBERT J. PETERS, Esq.
                                    Attorney for Serafin GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for May 30, 2008, at 9:00 a.m., is continued to July 11, 2008, at 9:00 a.m.;

2. Based upon the above representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 11, 2008.

Dated: May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge