1  ROBERT J. PETERS, ESQ.
   SBN: 43618
2  716 19TH STREET, SUITE 200
   SACRAMENTO, CALIFORNIA 95814
3  TELEPHONE NO: 916-442-1806

4  Attorney for Defendant Gonzalez

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA, )  NO. CR.S.-08-123 GEB
                             )
11                Plaintiff, )  STIPULATION AND
                             )  [PROPOSED] ORDER
12        v.                 )  CONTINUING STATUS CONFERENCE
                             )
13 Serafin Gonzalez          )
                             )
14                Defendant. )
                             )
15 _____  )

16      IT IS HEREBY STIPULATED between defendant and his

17 counsel, Robert J. Peters, and the United States of America,

18 through its undersigned counsel, Jason Hitt, Assistant

19 United States Attorney, that the status conference currently

20 scheduled for Friday, August 15, 2008, at 9:00 a.m. be

21 vacated, and a new status conference be scheduled for

22 Friday, September 19, 2008, at 9:00 a.m.

23      It is further stipulated and agreed between the parties

24 that time under the Speedy Trial Act should be excluded from

25 today's date to September 19, 2008, under Local Code T4, 18

(1)

1  U.S.C. § 3161(h)(8)(B)(iv) to allow continuity of counsel
2  and a reasonable time for effective defense preparation.
3  The parties have been in discussion re a possible resolution
4  of this matter, but the defense has not yet received a
5  proposed plea agreement.  It is anticipated this will happen
6  prior to the new date requested by this stipulation.
7  DATED: August 13, 2008            /s/Robert J. Peters
                                     Robert J. Peters
8                                    Attorney for Defendant
9
10 DATED: August 13, 2008            McGregor W. Scott
                                     United States Attorney
11
                               By:   /s/Jason Hitt
12                                   Jason Hitt
                                     Assistant U.S. Attorney
13                                   (R.J. Peters authorized
                                     to sign for Mr. Hitt)
14
15
16
17
18
19
20
21
22
23
24
25                            **ORDER**

1  IT IS HEREBY ORDERED: That the status conference set for
2  August 15, 2008, is VACATED, and a new status conference
3  date of September 19, 2008, at 9:00 a.m., is scheduled.  It
4  is further ORDERED that the time under the Speedy Trial Act
5  between today's date and September 19, 2008, is excluded
6  under Local Code T4, 18 U.S.C. § 3161(h)(8)(B)(iv), to give
7  the defendant time to adequately prepare and in the
8  interests of justice.

DATED: 8/13/08
_____
                          GARLAND E. BURRELL, JR.
                          UNITED STATES DISTRICT
                          JUDGE