Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 447-1220

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00123 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING |
| v. | ) ) | STATUS CONFERENCE |
| SERAFIN GONZALEZ, et al., | ) ) | Date:  9/19/08 |
| Defendants. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Esq., Assistant United States Attorney, together with counsel for defendant Miguel Valencia, Daniel B. Clymo, Esq., and defendant Serafin Gonzalez, Robert J. Peters, Esq. that the status conference presently set for September 19, 2008 be **continued to October 24, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order

1

1 | until the date of the status conference October 24, 2008.
2 |
3 | IT IS SO STIPULATED.
4 | Dated: September 17, 2008            /s/ Daniel B. Clymo
  |                                     DANIEL B. CLYMO
5 |                                     Attorney for Defendant
  |                                     Miguel Valencia
6 |
7 | Dated: September 17, 2008            /s/ Robert J. Peters
  |                                     ROBERT J. PETERS
  |                                     Attorney for Defendant
8 |                                     Serafin Gonzalez
9 |
10|
11| Dated: September 17, 2008           McGREGOR W. SCOTT
  |                                     United States Attorney
12|
  |                                 by: /s/ Jason Hitt
13|                                     JASON HITT
  |                                     Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-00123 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| Serafin Gonzalez, et al., | ) |
| Defendants. | ) |
| _____ | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the September 19, 2008 status conference be continued to October 24, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to October 24, 2008.

IT IS SO ORDERED.

Dated:  September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3