1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. CR-S-08-0123 GEB
                                  )
12              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING JUDGMENT AND
13      v.                        )   SENTENCING FOR DEFENDANT
                                  )   SERAFIN GONZALEZ
14 SERAFIN GONZALEZ, and          )
   MIGUEL VALENICA,               )
15                                )
                Defendants.       )
16 _____)

17      Plaintiff, United States of America, by its counsel, Assistant

18 United States Attorney Jason Hitt, and defendant Serafin GONZALEZ, by

19 his counsel Robert Peters, Esq., hereby stipulate and agree that the

20 judgment and sentencing currently set for Friday, December 19, 2008,

21 at 9:00 a.m. should be continued to Friday, January 23, 2009, at

22 9:00 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  The requested continuance is based upon the need of government
2  counsel to locate important documentation from Probation prior to
3  sentencing.
4
5                                        Respectfully Submitted,
6                                        McGREGOR W. SCOTT
                                         United States Attorney
7
8  DATED:  December 18, 2008    By:  /s/Jason Hitt
                                     JASON HITT
9                                    Assistant U.S. Attorney
10
11 DATED:  December 18, 2008    By:  /s/Jason Hitt
                                     Telephonically authorized to sign
12                                   for Mr. Peters on 12-18-08
                                     ROBERT PETERS, Esq.
13                                   Attorney for Serafin GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for December 19, 2008, at 9:00 a.m., is continued to January 23, 2009, at 9:00 a.m.

Dated:  December 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge