1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. CR-S-08-0123 GEB
                                  )
12              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING JUDGMENT AND
13      v.                        )   SENTENCING FOR DEFENDANT
                                  )   SERAFIN GONZALEZ
14 SERAFIN GONZALEZ, and          )
   MIGUEL VALENICA,               )
15                                )
                Defendants.       )
16 _____)

17      Plaintiff, United States of America, by its counsel, Assistant

18 United States Attorney Jason Hitt, and defendant Serafin GONZALEZ, by

19 his counsel Robert Peters, Esq., hereby stipulate and agree that the

20 judgment and sentencing currently set for Friday, February 20, 2009,

21 at 9:00 a.m. should be continued to Friday, March 20, 2009, at

22 9:00 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  The requested continuance is based upon the need of government
2 counsel to draft a sentencing letter for the Court's review prior to
3 sentencing.

					Respectfully Submitted,

					LAWRENCE G. BROWN
					United States Attorney

DATED:  February 26, 2009	By:	/s/Jason Hitt
					JASON HITT
					Assistant U.S. Attorney


DATED:  February 26, 2009	By:	/s/Jason Hitt
					Telephonically authorized to sign
					for Mr. Peters on 02-17-09
					ROBERT PETERS, Esq.
					Attorney for Serafin GONZALEZ

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for February 20, 2009, at 9:00 a.m., is continued to March 20, 2009, at 9:00 a.m.

Dated:  February 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge