**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Serafin Gonzalez

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Serafin Gonzalez,<br><br>  Defendant | Case No.: Cr.S-08-123-GEB<br><br>**ORDER OR CONTINUANCE OF SENTENCING**<br><br>**Date**: July 17, 2009<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Garland E. Burrell, Jr. |

**GOOD CAUSE APPEARING**, and pursuant to the stipulation of the parties, sentencing in the above-captioned action is continued from July 17, 2009 at 9:00 a.m. to August 14, 2009 at 9:00 a.m..

**IT IS SO ORDERED.**

Dated: 7/15/09

*[signature]*

GARLAND E. BURRELL, JR.
**United States District Judge**

- 1