**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Serafin Gonzalez

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  ) | Case No.: Cr.S-08-123-GEB |
| ) | |
| Plaintiff,  ) | **ORDER OR CONTINUANCE OF SENTENCING** |
| ) | |
| vs.  ) | |
| ) | **Date**: August 14, 2009 |
| Serafin Gonzalez,  ) | **Time**: 9:00 a.m. |
| ) | **Judge**: Hon. Garland E. Burrell, Jr. |
| Defendant  ) | |

**GOOD CAUSE APPEARING**, and pursuant to the stipulation of the parties, sentencing in the above-captioned action is continued from August 14, 2009 at 9:00 a.m. to September 18, 2009 at 9:00 a.m..

**IT IS SO ORDERED.**

Dated: 8/18/09

_____
**GARLAND E. BURRELL, JR.
Judge
United States District Court**

- 1