1  LAWRENCE G. BROWN
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   Case No. 2:08-cr-0123 GEB
                                  )
11              Plaintiff,        )   STIPULATION AND ORDER
                                  )   CONTINUING JUDGMENT AND
12      v.                        )   SENTENCING FOR DEFENDANT
                                  )   SERAFIN GONZALEZ
13 SERAFIN GONZALEZ, and          )
   MIGUEL VALENICA,               )
14                                )
                Defendants.       )
15 _____  )

16      Plaintiff, United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, and defendant Serafin GONZALEZ, by

18 his counsel Jan Karowski, Esq., hereby stipulate and agree that the

19 judgment and sentencing currently set for Friday, September 18, 2009,

20 at 9:00 a.m. should be continued to Friday, October 23, 2009, at

21 9:00 a.m.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1      The requested continuance is based upon the need for defense

2  counsel to become familiar with the case, speak to government counsel

3  about mitigation of sentence, and review and/or object to aspects of

4  the Presentence Report.  Defense counsel replaced attorney Robert

5  Peters, Esq. after Mr. Peters passed away.

6

7                                    Respectfully Submitted,

8                                    LAWRENCE G. BROWN
                                     United States Attorney
9

10  DATED:   September 18, 2009    By:   /s/Jason Hitt_____
                                         JASON HITT
11                                       Assistant U.S. Attorney

12

13  DATED:   September 18, 2009    By:   /s/Jason Hitt_____
                                         Telephonically authorized to sign
14                                       for Mr. Karowski on 09-17-09
                                         JAN KAROWSKI, Esq.
15                                       Attorney for Serafin GONZALEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for September 18, 2009, at 9:00 a.m., is continued to October 23, 2009, at 9:00 a.m.

Dated:  September 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge