**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Serafin Gonzalez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No.: Cr.S-08-123-GEB |
|---|---|---|
| Plaintiff, | ) | **ORDER OR CONTINUANCE OF SENTENCING** |
| vs. | ) | |
| Serafin Gonzalez, | ) | Date: October 23, 2009 |
|  | ) | Time: 9:00 a.m. |
| Defendant | ) | Judge: Hon. Garland E. Burrell, Jr. |

**GOOD CAUSE APPEARING**, and pursuant to the stipulation of the parties, sentencing in the above-captioned action is continued from October 23, 2009 at 9:00 a.m. to January 8, 2010 at 9:00 a.m..

**IT IS SO ORDERED.**

Dated: 10/22/09

GARLAND E. BURRELL, JR.
United States District Judge

- 1 -