1

**JAN DAVID KAROWSKY**
Attorney at Law

2

A Professional Corporation
California State Bar Number 53854

3

716 19th Street, Suite 100
Sacramento, CA 95811

4

(916) 447-1134
(916) 448-0265 (Fax)

5

KarowskyLaw@sbcglobal.net

6

Attorney for Defendant
Serafin Gonzalez

7

8

# UNITED STATES DISTRICT COURT

9

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| United States of America, | ) | Case No.:  Cr.S-08-123-GEB |
| | ) | |

Plaintiff,

12

**ORDER OR CONTINUANCE OF
SENTENCING**

vs.

13

**Date**:   **March 12, 2010**

Serafin Gonzalez,

14

**Time:   9:00 a.m.**
**Judge:  Hon. Garland E. Burrell, Jr.**

Defendant

15

16

17

18

    **GOOD CAUSE APPEARING**, and pursuant to the stipulation of the parties,

19

sentencing in the above-captioned action is continued from March 12, 2010 at 9:00 a.m. to June

20

18, 2010 at 9:00 a.m..

21

**IT IS SO ORDERED.**

22

23

Dated: 3/3/10

24

GARLAND E. BURRELL, JR.
United States District Judge

25

- 1