**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Serafin Gonzalez

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: Cr.S-08-123-GEB |
| ) | |
| Plaintiff, ) | **ORDER FOR CONTINUANCE OF** |
| ) | **SENTENCING** |
| vs. ) | |
| ) | **Date**: **June 18, 2010** |
| Serafin Gonzalez, ) | **Time: 9:00 a.m.** |
| ) | **Judge: Hon. Garland E. Burrell, Jr.** |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

**GOOD CAUSE APPEARING**, and pursuant to the stipulation of the parties, sentencing in the above-captioned action is continued from June 18, 2010 at 9:00 a.m. to July 16, 2010 at 9:00 a.m..

**IT IS SO ORDERED.**

Dated:   6/16/10

GARLAND E. BURRELL, JR.
United States District Judge

- 1 -